Dismissed and Opinion filed February 26, 2004









Dismissed and Opinion filed February 26, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01289-CV

____________

 

JOHNNY JONES,
Appellant

 

V.

 

UNION PACIFIC
RAILROAD COMPANY, Appellee

 



 

On Appeal from the 333rd District
Court

Harris County,
Texas

Trial Court Cause No.
98-58160

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed September 9,
2002.  The clerk=s record was filed on January 13,
2003.  The reporter=s record was filed on September 25,
2003.  No brief was filed.

On January 22, 2004, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before February 6, 2004, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed February 26, 2004.

Panel consists of Justices Fowler,
Edelman and Seymore.